**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 04-2041**

———————————

BETTYANN L. TALLEY,

                                   Plaintiff - Appellee,

         versus

NANCY D. JONAS,

                                   Defendant - Appellant.

———————————

Appeal from the United States District Court for the District of South Carolina, at Beaufort.  Sol Blatt, Jr., Senior District Judge.  (CA-00-612-9-8)

———————————

Submitted:  November 10, 2004       Decided:  November 22, 2004

———————————

Before WILLIAMS and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Nancy D. Jonas, Appellant Pro Se.  Bettyann L. Talley, Appellee Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Nancy D. Jonas appeals the district court's order denying her motion for clarification. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Talley v. Jonas</u>, No. CA-00-612-9-8 (D.S.C. July 13, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>